UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| iROBOT CORPORATION,<br><br>          Plaintiff<br><br>     v.<br><br>BOBSWEEP, INC.,   *et al.,*<br><br>          Defendants. | Civil Action No. 1:17-cv-10651<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the Washington, D.C. office of the law firm of Fish & Richardson P.C., counsel for Plaintiff, has a new address.  Accordingly, all correspondence, pleadings, and other mailings directed to Stephen A. Marshall should be sent to the following new address:

| **Old Address:** | **New Address:** |
|---|---|
| Fish & Richardson P.C.<br>1425 K Street NW, 11th Floor<br>Washington, D.C. 20005 | Fish & Richardson P.C.<br>The McPherson Building<br>901 15th Street NW, 7th Floor<br>Washington, D.C. 20005 |

The telephone and facsimile numbers, as well as the e-mail addresses remain the same.

Respectfully submitted,

By:      */s/ Stephen Marshall*
Stephen A. Marshall (BBO# 666200)
FISH & RICHARDSON P.C.
The McPherson Building
901 15th Street NW, 7th Floor
Washington, D.C. 20005
202-626-6414
smarshall@fr.com

Andrew G. Pearson (BBO# 688709)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA  02210
(617) 542-5070
apearson@fr.com

*Counsel for Plaintiff iRobot Corp.*

Dated: April 28, 2017

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this April 28, 2017.

                                                        */s/ Stephen Marshall*
                                                        Stephen A. Marshall