IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| iROBOT CORPORATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOBSWEEP, INC. )<br>)<br>BOBSWEEP USA )<br>)<br>SHENZHEN SILVER STAR )<br>INTELLIGENT TECHNOLOGY CO., )<br>LTD )<br>)<br>Defendants. )<br>) | Civil Action No. 1:17-cv-10651<br><br>JURY TRIAL DEMANDED |

**BOBSWEEP USA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO iROBOT CORPORATION'S COMPLAINT**

Defendant bObsweep USA hereby moves for an extension of time until June 16, 2017 to respond to the Complaint of Plaintiff iRobot Corporation ("iRobot").

The grounds for this Motion are as follows:

1. On April 17, 2017 iRobot filed its Complaint (Dkt. No. 1) in this action

2. On April 26, 2017, iRobot served bObsweep USA's registered agents with a copy of the complaint. bObsweep must answer or otherwise respond to iRobot's Complaint by May 17, 2017.

3. On May 15, 2017, counsel for bObsweep USA and iRobot discussed bObsweep USA's request for an extension of time to answer or otherwise respond to iRobot's Complaint.

1

4. bObsweep USA seeks until June 16, 2017 to respond to iRobot's Complaint to provide bObsweep USA sufficient time to investigate the allegations and to accommodate competing scheduling demands among bObsweep USA and its counsel.

5. iRobot does not oppose this motion.

WHEREFORE, bObsweep USA respectfully requests that the Court grant bObsweep USA an extension of time until June 16, 2017 to answer or otherwise respond to iRobot's Complaint.

Dated: May 15, 2017                               */s/ Anastasia Fernands*

   Anastasia Fernands
   BBO # 633131
   Quinn Emanuel Urquhart & Sullivan
   51 Madison Avenue, 22nd Floor,
   New York, New York 10010
   Telephone:   212-849-7000
   Facsimile:   212-849-7100
   anastasiafernands@quinnemanuel.com

   *Attorney for bObsweep USA*

**CERTIFICATE OF CONFERENCE**

I, Anastasia Fernands, hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for bObsweep USA and counsel for iRobot have conferred in good faith regarding resolution of this Motion. Counsel for iRobot has indicated that they do not oppose this Motion.

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") on May 15, 2017.

By: */s/ Anastasia Fernands*