# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**IROBOT CORPORATION**

*Plaintiff*

v.

**BOBSWEEP, INC., ET AL.**

*Defendant*

Civil Action No.: **1:17–CV–10651–LTS**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Bobsweep USA
Incorp Services, Inc.
3773 Howard Hughes Pkwy, Suite 500S
Las Vegas, NV 89169

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen A. Marshall, Fish & Richardson P.C.
The McPherson Building, 901 15th Street, N.W., 7th Floor
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

**/s/ – Arnold Pacho**
*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2017–04–17 16:50:52.0**, Clerk USDC DMA

Case 1:17-cv-10651-LTS   Document 5   Filed 04/17/17   Page 2 of 2

Civil Action No.: 1:17-CV-10651-LTS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date) __4/25/2017__ .

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) __MELANIE CACERO__ , who is designated by law to accept service of process on behalf of (name of organization) __BOB SWEEP USA INCORP SERVICES  RESIDENT AGENT__ on (date) __4/26/2017__ ; or __2:00 PM__

☐ I returned the summons unexecuted because __3113 HOWARD HUGHES PKWY #500 L.V. NV. 89169__ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

__4/26/2017__
Date

*Server's Signature*

__Roger Payne - REGISTERED PROCESS SERVER__
*Printed name and title*

__CLARK COUNTY NV__
*Server's Address*

Additional information regarding attempted service, etc:



IN THE EIGHTH JUDICIAL DISTRICT COURT
IN AND FOR THE COUNTY OF CLARK

IROBOT CORPORATION,
        Plaintiff(s),
VS.                                      CASE NO: **1:17-CV-10651**
BOBSWEEP, INC, ET AL,
        Defendant(s),

## DECLARATION OF SERVICE

STATE OF NEVADA
COUNTY OF CLARK     ss.:

**ROGER PAYNE R -038800**, being duly sworn says: That at all times herein Affiant was and is a citizen of the United States, over 18 years of age, and not a party to nor interested in the proceedings in which this Affidavit is made.

That Affiant received copy(ies) of the **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PATENT INFRINGEMENT** On 4/25/2017 and served the same on 4/26/2017 at 2:00 PM by delivery and leaving a copy with:

**MELANIE GALERO - PROCESS LIAISON**, pursuant to NRS 14.020 as a person of suitable age and discretion, of the office of INCORP SERVICES, INC, registered agent for BOBSWEEP USA, at the registered address of:

**3773 Howard Hughes Pkwy Ste 500S, Las Vegas, NV 89169-6014**

A description of MELANIE GALERO is as follows

| Gender | Color of Skin/Race | Hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | ASIAN | BLACK | 30's | 5'6" | 120 LBS. |

Pursuant to NRS 239B.030 this document does not contain the social security number of any person.

Affiant does hereby affirm under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.
Executed on: 4/27/2017
by ROGER PAYNE R -038800
Registration: R -038800

No notary is required per NRS 53.045


X _____
ROGER PAYNE R -038800
Registration: R -038800
Reno Carson Messenger Service, Inc #322
185 Martin St.
Reno, NV 89509
(775) 322-2424
www.renocarson.com



**ORIGINAL**

Order#: R9894 NVPRF411