IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| iROBOT CORPORATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOBSWEEP, INC. )<br>)<br>BOBSWEEP USA )<br>)<br>SHENZHEN SILVER STAR )<br>INTELLIGENT TECHNOLOGY CO., )<br>LTD )<br>)<br>Defendants. )<br>) | Civil Action No. 1:17-cv-10651<br><br>JURY TRIAL DEMANDED |

## ASSENTED TO MOTION TO STAY BY DEFENDANT BOBSWEEP USA

Pursuant to 28 U.S.C. § 1659(a), Defendant bObsweep USA ( "Defendant"), with the assent of Plaintiff iRobot Corporation ("iRobot"), moves this Court to stay this litigation. As grounds for this motion, Defendant states that iRobot filed a corresponding complaint with the United States International Trade Commission ("ITC") alleging a violation of 19 U.S.C. § 1337 against Defendant. On May 17, 2017, the ITC instituted an investigation, captioned Certain Robotic Vacuum Cleaning Devices and Components Thereof Such as Spare Parts, Inv. No. 337-TA-1057 ("the Investigation"). The Investigation involves the same patents-in-suit and the same accused products that are involved in this litigation. Pursuant to 28 U.S.C. § 1659(a), Defendant is entitled to an automatic stay of this litigation.

1

Defendant expressly reserves all rights to file motions under Rule 12, and the parties are in agreement that the filing of this motion to stay shall not be argued as a basis for waiver of any Rule 12 motion filed after the stay is lifted following the ITC proceedings.

WHEREFORE, Defendant bObsweep USA requests that this Court stay this case until the Investigation results in a final determination.

Respectfully submitted,

Dated: June 13, 2017                     */s/ Anastasia Fernands*

                                      Anastasia Fernands
Quinn Emanuel Urquhart & Sullivan
51 Madison Avenue, 22nd Floor,
New York, New York 10010
Telephone:   212-849-7000
Facsimile:   212-849-7100
anastasiafernands@quinnemanuel.com

*Attorney for bObsweep USA*

## CERTIFICATE OF CONFERENCE

I, Anastasia Fernands, hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for bObsweep USA and counsel for iRobot have conferred in good faith regarding resolution of this Motion. Counsel for iRobot has indicated that they do not oppose this Motion.

By: */s/ Anastasia Fernands*

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") on June 13, 2017.

By: */s/ Anastasia Fernands*