UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| iROBOT CORPORATION,<br><br>    Plaintiff<br><br>  v.<br><br>BOBSWEEP, INC.<br><br>BOBSWEEP USA<br><br>SHENZEN SILVER STAR<br>INTELLIGENT TECHNOLOGY CO., LTD.,<br><br>    Defendants. | Civil Action No. 1:17-cv-10651<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF CHANGE OF ADDRESS OF COUNSEL

Pursuant to Local Rule 83.5.6, Stephen A. Marshall hereby notifies the Court of a change of address for the D.C. office of Fish & Richardson P.C. The new address is as follows:

Fish & Richardson P.C.
1000 Maine Avenue, SW
Suite 1000
Washington, DC 20024

All other contact information remains unchanged.

1

Respectfully submitted,

By: */s/ Stephen A. Marshall*
Stephen A. Marshall (BBO# 666200)
FISH & RICHARDSON P.C.
1000 Maine Avenue, SW
Suite 1000
Washington, DC 20024
202-626-6414
smarshall@fr.com

Andrew G. Pearson (BBO# 688709)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA  02210
(617) 542-5070
apearson@fr.com

*Counsel for Plaintiff iRobot Corp.*

Dated: May 18, 2018

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this May 18, 2018.

                                                      */s/ Stephen A. Marshall*
                                                      Stephen A. Marshall