UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
1:17-cv-10651-LTS

iRobot Corporation
*Plaintiff,*

v.

Bobsweep, Inc. et. al.
*Defendants*

CLOSING ORDER DISMISSING CASE

SOROKIN, D.J.

In accordance with the Notice of Voluntary Dismissal (CM/ECF No. 17) filed by the Plaintiff on April 29, 2019, this case is hereby dismissed and closed.

SO ORDERED.

/s/ Leo T. Sorokin
UNITED STATES DISTRICT COURT

April 29, 2019